**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 98-08012-CR-HURLEY/JOHNSON

UNITED STATES OF AMERICA,
    Plaintiff,

v.

MARIO L. SILVA, JR.,
    Defendant.
_____/

**ORDER ADOPTING REPORT AND**
**RECOMMENDATIONS AND SETTING HEARING**

**THIS CAUSE** come before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the report and recommendations of a United States Magistrate Judge. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's report and recommendations are **adopted**.

2. A sentencing hearing will be conducted on **Tuesday, March 23, 2010, at 4:00 p.m.** in Courtroom 5, at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 11th day of March, 2010.

**copy furnished:**
AUSA Stephanie Evans
AFPD Robin C. Rosen-Evans
United States Marshal's Service
United States Probation Office

                                        Daniel T. K. Hurley
                                 United States District Judge